RUFUS ISENHOUR AND G. M. ISENHOUR, TRADING AND DOING BUSINESS
    AS YADKIN BRICK YARDS, v. J. W. KIMBALL AND WIFE, CORDIE E.
    KIMBALL.

(Filed 20 November, 1929.)

APPEAL by defendant, Mrs. Cordie E. Kimball, from *Shaw, J.,* at
May Term, 1929, of STANLY.

Civil action to recover for materials purchased from plaintiffs and
used by J. W. Kimball in his contracting business, and to hold Mrs.
Cordie E. Kimball liable therefor as partner with her husband in said
business.

From a verdict and judgment in favor of plaintiffs, the *feme* defend-
ant appeals, assigning errors.

*R. L. Smith & Sons for plaintiffs.*
*Brown & Sikes and Armfield, Sherrin & Barnhardt for defendants.*

PER CURIAM. A careful perusal of the record leaves us with the im-
pression that the evidence is not sufficient to hold the *feme* defendant
liable, as a partner with her husband, for the plaintiffs' claim. It fol-
lows, therefore, that the appellant's motion for judgment of nonsuit
should have been allowed.

It would serve no useful purpose to set out the evidence in detail, as
we deem it insufficient to support a finding of partnership, and this
renders the other questions academic.

Reversed.

DISPOSITION OF APPEALS FROM THE SUPREME COURT OF NORTH
CAROLINA TO THE SUPREME COURT OF THE UNITED STATES

Garysburg Manufacturing Company v. Board of Commissioners of
Pender County. Dismissed for reason that judgment of State Court
sought to be reviewed was based on non-Federal ground.